Form a0n15sch

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202–4133

In Re: Ebonie Nakkia Bostic

    Debtor(s)

SSN/TAX ID:
    xxx–xx–2042

Case No.: 1:10–bk–14904

Chapter: 7

Judge: J. Vincent Aug Jr.

## Notice of Deficient Filing,
## Order Setting 14 Day Deadline for Compliance
## or Presentation to Bankruptcy Judge

    The above–captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 342(b), 521(a)(1), Fed. R. Bankr. P. 1007 and 2016, and/or Local Bankruptcy Rules 1007, 1015, and 5005–4. The missing documents are:

- ☐ Attorney's Certification Regarding Notice to Debtor required by 11 USC sec. 342(b)
- ☐ Bankruptcy Petition Preparer's Certification Regarding Notice to Debtor(Form 19B) required by 11 USC sec. 342(b)
- ☐ Debtor's Certification Regarding Receipt of Notice required by 11 USC sec. 342(b)
- ☐ Schedules of Assets and Liabilities:
  (Schedules(s) missing)
- ☐ Summary of Schedules (Form 6)
- ☐ Statistical Summary of Schedules (Form 6 – Page2)
- ☐ Statement of Current Monthly Income (Form B22)
- ☐ Statement of Financial Affairs

- ☐ 20 Largest Unsecured Creditors
- ☐ Attorney Disclosure Statement
- ☐ Attorney Signature Page 3
- ☐ Bankruptcy Petition Preparer Signature (Form 19A)
- ☐ Corporate Resolution
- ☐ Exhibit D: ☐ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife
- ☐ Credit Briefing Certification for: ☐ Individual Debtor; ☐ Debtor Husband; ☐ Debtor Wife; ☐ Both Joint Debtors
- ☐ Certification of Exigent Circumstances pursuant to 11 USC sec. 109(h)(3)
- ☐ Motion for Determination of Exigent Circumstances
- ☐ Motion for Determination with Regard to Credit Counseling Briefing Requirement
- ☐ Form 1015–2 – Statement of Related or Companion Cases
- ☑ Form 21 – Statement of Social Security Number(s)

The deadline for filing the required document(s) is **FOURTEEN (14)** days from the date of the filing of the petition. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: July 20, 2010

**/s/ BY THE COURT**